NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

WELLNESS PUBLISHING, et. al., :
:
    Plaintiffs,     :     Civil Action No. 02-3773 (JAP)
:
    v.     :     ORDER ADOPTING REPORT
:     AND RECOMMENDATION OF
BAREFOOT, et. al.,     :     MAGISTRATE JUDGE
:
    Defendants.     :
:

    This matter having come before the Court on the Report and Recommendation of United States Magistrate Madeline Cox Arleo filed November 16, 2005; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and for good cause shown;

    IT IS on this 8th day of December, 2005

    ORDERED that the Report and Recommendation of Magistrate Judge Arleo filed November 16, 2005, recommending that default be entered against Defendants King Media, Inc., Triad Direct Response Marketing, Inc. And Allen Stern and that Plaintiffs should proceed to judgment by default is hereby ADOPTED as the findings of fact and conclusions of law of this Court.

                s/ JOEL A. PISANO, U.S.D.J.